JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., a non-profit corporation; and SIERRA CLUB, a non-profit corporation;<br><br>   Petitioners and Plaintiffs,<br><br>vs.<br><br>THE CITY OF LONG BEACH; THE LONG BEACH CITY COUNCIL; THE HARBOR DEPARTMENT OF THE CITY OF LONG BEACH; THE BOARD OF HARBOR COMMISSIONERS OF THE CITY OF LONG BEACH; AND DOES 1-20, inclusive;<br><br>   Responds and Defendants.<br><br>AMERICAN TRUCKING ASSOCIATIONS, INC.<br><br>   Real Party in Interest | Case No. CV 10-826 CAS (PJWx)<br><br>**FINAL JUDGMENT** |

  All claims in this matter having been finally adjudicated or voluntarily dismissed by plaintiffs, with prejudice, the Court enters FINAL JUDGMENT as follows:

A. The Write of Mandate is denied, with prejudice.

B. Plaintiffs' First Claim for Relief is dismissed, with prejudice.

C. Plaintiffs' Second Claim for Relief is dismissed, with prejudice.

D. The Harbor Department of the City of Long Beach having conducted an Initial Study under 14 Cal. Code Reg. § 15365 in compliance with the Court's Order of July 14, 2011, and plaintiffs having dismissed all other claims encompassed by their Third Claim for Relief, with prejudice, plaintiffs' Third Claim for Relief is dismissed, with prejudice.

E. The Harbor Department of the City of Long Beach having conducted an Initial Study under 14 Cal. Code Reg. § 15365 in compliance with the Court's Order of July 14, 2011, and plaintiffs having dismissed all other claims encompassed by their Fourth Claim for Relief, with prejudice, plaintiffs' Fourth Claim for Relief is dismissed, with prejudice.

F. Plaintiffs' Fifth Claim for Relief is dismissed, with prejudice.

G. All other claims and defenses asserted herein are dismissed, with prejudice.

H. The Court finds that, in light of the foregoing, that there is no prevailing party. Accordingly, each side shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: April 8, 2013

Christina A. Snyder

CHRISTINA A. SNYDER
United States District Judge